E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426
    Facsimile: (213) 894-0142
    E-mail:  Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-cv-06746-DDP-E |
|---|---|
| Plaintiff, | |
| v. | AMENDED APPLICATION FOR ENTRY OF DEFAULT BY THE CLERK AGAINST THE INTERESTS OF AMERICAN LENDING CENTER, BLUEVINE INC., BOJ LLC, CASTLE HILL DEVELOPMENT LLC, ENTERPRISE LEASING LLC, KABBAGE INC., NATIONAL DEVELOPMENT COUNCIL, NATIONAL FIDUCIARY SERVICES LLC, TIGRIS LLC, AND ALL OTHER POTENTIAL CLAIMANTS; DECLARATION OF DAN G. BOYLE |
| $2,000,000.00 IN BANK FUNDS IN BANK OF AMERICA ACCOUNT '3095, $992,751.84 IN BANK FUNDS IN U.S. BANK ACCOUNT '6297, $541,918.00 IN BANK FUNDS IN CAPITAL ONE ACCOUNT '3120, $498,782.61 IN BANK FUNDS IN CAPITAL ONE ACCOUNT '5450, $986,521.34 IN BANK FUNDS IN JP MORGAN CHASE BANK ACCOUNT '6707, AND $705,010.92 IN BANK FUNDS IN BANK OF AMERICA ACCOUNT '3272, | |
| Defendants. | [Fed. R. Civ. P. 55(a) and Local Rule 55-1] |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Rule 55-1 of the Local Civil Rules for the Central District of California, Plaintiff United States of America hereby respectfully

applies for entry of default by the Clerk in the instant action against the interests of potential claimants American Lending Center, Bluevine Capital, Inc., BOJ LLC, Castle Hill Development LLC, Enterprise Leasing LLC, Kabbage Inc., National Development Council, National Fiduciary Services LLC, Tigris LLC, and all other potential claimants.

This application is based on the facts set forth in the attached Declaration of AUSA Dan G. Boyle (the "Boyle Declaration") and appearing in the Court's files.

As set forth more particularly in the Boyle Declaration: (i) notice of this action has been published as required by Supplemental Rule G(4) and Local Rules C(3) and C(4)(a)(1); (ii) the government has mailed notice of this action to potential claimants as required by Local Rule C(4)(a)(3); (iii) no potential claimant has filed a claim or answer in this action, and the times to file a claim and answer have expired; (iv) none of the potential claimants are minors or incompetent persons; and

\\\

\\\

1    (v) potential claimants did not serve in the U.S. military,

2    therefore, the Servicemembers Civil Relief Act of 2003 does not

3    apply.

4    DATED: November 21, 2023          E. MARTIN ESTRADA
                                       United States Attorney
5                                      MACK E. JENKINS
                                       Assistant United States Attorney
6                                      Chief, Criminal Division
                                       JONATHAN GALATZAN
7                                      Assistant United States Attorney
                                       Chief, Asset Forfeiture and Recovery
8                                      Section

9
                                       ___/s/_____
10                                     DAN G. BOYLE
                                       Assistant United States Attorney
11
                                       Attorneys for Plaintiff
12                                     UNITED STATES OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    DECLARATION OF AUSA DAN G. BOYLE

2        I, Dan G. Boyle, hereby declare and state as follows:

3        1.    I am an Assistant United States Attorney in the Central

4    District of California.  In my capacity as an Assistant United States

5    Attorney, I am chiefly responsible for the representation of the

6    government's interest in this action, United States v. $2,000,000.00

7    In Bank Funds in Bank of America Account '3095, $992,751.84 in Bank

8    Funds in U.S. Bank Account '6297, $541,918.00 in Bank Funds in

9    Capital One Account '3120, $498,782.61 in Bank Funds in Capital One

10   Account '5450, $986,521.34 in Bank Funds in JP Morgan Chase Bank

11   Account '6707, and $705,010.92 in Bank Funds in Bank of America

12   Account '3272, No. 2:23-CV-06746-DDP-E.

13       2.    On August 17, 2023, the government filed a Verified

14   Complaint for Forfeiture ("Complaint") (Dkt. 1) as to the defendants,

15   $2,000,000.00 In Bank Funds in Bank of America Account '3095,

16   $992,751.84 in Bank Funds in U.S. Bank Account '6297, $541,918.00 in

17   Bank Funds in Capital One Account '3120, $498,782.61 in Bank Funds in

18   Capital One Account '5450, $986,521.34 in Bank Funds in JP Morgan

19   Chase Bank Account '6707, and $705,010.92 in Bank Funds in Bank of

20   America Account '3272 (the "defendant funds"), pursuant to 18 U.S.C.

21   §§ 981(a)(1)(A) and (C) and 984.

22       3.    Process was served upon the defendant funds by the United

23   States Customs and Border Protection in accordance with Supplemental

24   Rule E(4)(b) on September 25, 2023.  Attached hereto as Exhibit A is

25   a true and correct copy of the Process Receipt and Return form.

26       4.    Beginning on August 23, 2023, notice of Civil Forfeiture

27   was posted on an official government internet site

28   (www.forfeiture.gov) for at least 30 consecutive days, as required by

4

Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  Attached hereto as Exhibit B is a true and correct copy of the Declaration of Publication.

### Notice to American Lending Center

5.  On August 30, 2023, the United States sent notice of the Complaint to potential claimant American Lending Center at the following last known business address: 1 World Trade Center, Suite 1130, Long Beach, CA 90831.  The notice was sent by certified mail with a claim letter describing the defendant funds and giving notice as to the time within which a claim and answer were required to be filed.  Copies of the Complaint and the Notice of Seizure were also provided.  The certified mail sent to American Lending Center at the Long Beach, CA address has not been delivered to the intended address.  Attached hereto as Exhibit C are true and correct copies of the claim letter and the USPS tracking.

### Notice to Bluevine Capital

6.  On August 30, 2023, the United States sent notice of the Complaint to potential claimant Bluevine Capital Inc. at the following last known business address: 30 Montgomery Street, Suite 1400, Jersey City, NJ 07302.  The notice was sent by certified mail with a claim letter describing the defendant funds and giving notice as to the time within which a claim and answer were required to be filed.  Copies of the Complaint and the Notice of Seizure were also provided.  The certified mail sent to Bluevine Capital at the Jersey City, NJ address was received and accepted.  Attached hereto as Exhibit D are true and correct copies of the claim letter and the return receipt card.

1

**Notice to BOJ LLC**

2      7.   On August 30, 2023, the United States sent notice of the

3  Complaint to potential claimant BOJ LLC at the following last known

4  business address: 1600 Broadway, Suite 1600, Denver, CO 80202. The

5  notice was sent by certified mail with a claim letter describing the

6  defendant and giving notice as to the time within which a claim and

7  answer were required to be filed.  Copies of the Complaint and the

8  Notice of Seizure were also provided.  The certified mail sent to BOJ

9  LLC at the Denver, CO address was returned as unable to forward.

10  Attached hereto as Exhibit E are true and correct copies of the claim

11  letter and USPS tracking.

12

**Notice to Castle Hill Development LLC**

13      8.   On August 30, 2023, the United States sent notice of the

14  Complaint to potential claimant Castle Hill development LLC at the

15  following last known business address: 5605 N. MacArthur Blvd, Floor

16  10, Irving, TX 75038.  The notice was sent by certified mail with a

17  claim letter describing the defendant and giving notice as to the

18  time within which a claim and answer were required to be filed.

19  Copies of the Complaint and the Notice of Seizure were also provided.

20  The certified mail sent to Castle Hill Development at the Irving, TX

21  address was returned as unable to forward.  Attached hereto as

22  Exhibit F are true and correct copies of the claim letter and USPS

23  tracking.

24

**Notice to Enterprise Leasing LLC**

25      9.   On August 30, 2023, the United States sent notice of the

26  Complaint to potential claimant Enterprise Leasing, LLC at the

27  following last known business address: 4600 S. Syracuse Street, Suite

28  920, Denver, CO 80237.  The notice was sent by certified mail with a

claim letter describing the defendant and giving notice as to the time within which a claim and answer were required to be filed. Copies of the Complaint and the Notice of Seizure were also provided. The certified mail sent to Enterprise Leasing, LLC at the Denver, CO address was received and accepted.  Attached hereto as Exhibit G are true and correct copies of the claim letter and return receipt card.

## Notice to Kabbage Inc.

10.  On August 30, 2023, the United States sent notice of the Complaint to potential claimant Kabbage Inc. at the following last known business address: 925B Peachtree Street NE, Suite 1688, Atlanta, GA 30309.  The notice was sent by certified mail with a claim letter describing the defendant and giving notice as to the time within which a claim and answer were required to be filled. Copies of the Complaint and the Notice of Seizure were also provided. The certified mail sent to Kabbage Inc. at the Atlanta, GA address has not been received.  Attached hereto as Exhibit H are true and correct copies of the claim letter and USPS tracking.

## Notice to National Development Council

11. On August 30, 2023, the United States sent notice of the Complaint to potential claimant National Development Council at the following last known business address: 633 Third Avenue, 19th Floor, Suite J, New York, NY 10017.  The notice was sent by certified mail with a claim letter describing the defendant and giving notice as to the time within which a claim and answer were required to be filled. Copies of the Complaint and the Notice of Seizure were also provided. The certified mail sent to National Development Council at the New York, NY address was received and accepted.  Attached hereto as Exhibit I are true and correct copies of the claim letter and return

receipt.

## Notice to National Fiduciary Services LLC

12.  On August 30, 2023, the United States sent notice of the Complaint to potential claimant National Fiduciary Service LLC at the following last known business address: 200 S. Virginia Street, 8th Floor, Reno, NV 89501.  The notice was sent by certified mail with a claim letter describing the defendant and giving notice as to the time within which a claim and answer were required to be filled. Copies of the Complaint and Notice of Seizure were also provided. The certified mail sent to National Fiduciary Services at the Reno, NV address was returned as unable to forward.  Attached hereto as Exhibit J are true and correct copies of the claim letter and USPS tracking.

## Notice to Tigris LLC

13.  On August 30, 2023, the United States sent notice of the Complaint to potential claimant Tigris LLC at the following last known business address: 500 Marquette Avenue, Suite 1200, Albuquerque, NM 87102.  The notice was sent by certified mail with a claim letter describing the defendant and giving notice as to the time within which a claim and answer were to be filed.  Copies of the Complaint and the Notice of Seizure were also provided.  The certified mail sent to Tigris LLC was received and accepted. Attached hereto as Exhibit K are true and correct copies of the claim letter and return receipt card.

## Notice to Small Business Administration

14.  On August 30, 2023, the United States sent notice of the Complaint to victim Small Business Administration at the following business address: 409 Third Street, SW, Washington, DC 20416.  The

notice was sent by certified mail with a victim letter describing the defendant and giving notice as to the time within which a Petition for Remission or Mitigation of Forfeiture were to be filed. Copies of the Complaint and the Notice of Seizure were also provided.  The certified mail sent to Small Business Administration was received and accepted.  Attached hereto as Exhibit L are true and correct copies of the victim letter and return receipt card.

## **Deadlines**

15.  In accordance Supplemental Rule G(5), the time for potential claimants American Lending Center, Bluevine Capital, Inc., BOJ LLC, Castle Hill Development LLC, Enterprise Leasing LLC, Kabbage Inc., National Development Council, National Fiduciary Services LLC, and Tigris LLC to file a claim in this action expired on October 4, 2023, and the time for filing an answer expired on October 25, 2023.

16.  In accordance with Supplemental Rule G(5), all interested parties who did not receive direct notice were required to file a claim no later than 60 days after the first day of publication of an official internet government forfeiture site and an answer within 21 days thereafter.  The first day of publication of this action on the government forfeiture site was August 23, 2023.  Accordingly, the times to file a claim and answer for all interested parties expired on October 22, 2023 and November 12, 2023, respectively.

17.  Plaintiff has not received a filed claim or answer from potential claimants American Lending Center, Bluevine Capital, Inc., BOJ LLC, Castle Hill Development LLC, Enterprise Leasing LLC, Kabbage Inc., National Development Council, National Fiduciary Services LLC, or Tigris LLC.

18.  On information and belief, potential claimants American

Lending Center, Bluevine Capital, Inc., BOJ LLC, Castle Hill Development LLC, Enterprise Leasing LLC, Kabbage Inc., National Development Council, National Fiduciary Services LLC, and Tigris LLC, and are not natural persons, and are, therefore, neither minors nor incompetent persons.

19.    On information and belief, potential claimants American Lending Center, Bluevine Capital, Inc., BOJ LLC, Castle Hill Development LLC, Enterprise Leasing LLC, Kabbage Inc., National Development Council, National Fiduciary Services LLC, and Tigris LLC are not natural persons and therefore did not serve in the U.S. military.  Accordingly, the Servicemembers Civil Relief Act of 2003 does not apply.

20.    On the date of filing, this Amended Application for Entry of Default by Clerk was served by U.S. mail to potential claimants at their last known addresses and to victim at its address.

I declare under penalty of perjury, under the laws of the United States of America, that to the best of my knowledge, the foregoing is true and correct.

Executed on November 21, 2023, in Los Angeles, California.


_____
*/s/*
Dan G. Boyle